UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

----------------------------------------------------------------x
EARL MAITLAND,                                : CIVIL ACTION NO.
                                              : 2:04-CV-2123
                    Plaintiff,                :
                                              :
            v.                                :
                                              :
GENTA INC., RAYMOND P. WARRELL, JR.           :
and LORETTA M. ITRI,                          :
                                              :
                    Defendants.               :
----------------------------------------------------------------x
FURINO,                                       : CIVIL ACTION NO.
                                              : 2:04-CV-2132
                    Plaintiff,                :
                                              :
            v.                                :
                                              :
GENTA INC., ET AL.,                           :
                                              :
                    Defendants.               :
----------------------------------------------------------------x
JAY WASSERMAN,                                : CIVIL ACTION NO.
                                              : 2:04-CV-2133
                    Plaintiff,                :
                                              :
            v.                                :
                                              :
GENTA INC., ET AL.,                           :
                                              :
                    Defendants.               :
----------------------------------------------------------------x

**MOTION BY BIODUN JAIYESIMI, ARK CAPITAL MANAGEMENT, LLC, JAY AND DEBORAH WASSERMAN, AND JANAK JETHMALANI FOR CONSOLIDATION, FOR THEIR APPOINTMENT AS LEAD PLAINTIFFS AND FOR <u>APPROVAL OF LEAD PLAINTIFFS' SELECTION OF LEAD COUNSEL</u>**

Genta-LdPlMot.wpd

```
-------------------------------------------------------x
RICHARD M. YARBRO,                      :   CIVIL ACTION NO.
                                        :   2:04-CV-2160
                     Plaintiff,         :
                                        :
         v.                             :
                                        :
GENTA INC., ET AL.,                     :
                                        :
                     Defendants.        :
-------------------------------------------------------x
SARAH SONTAG,                           :   CIVIL ACTION NO.
                                        :   2:04-CV-2162
                     Plaintiff,         :
                                        :
         v.                             :
                                        :
GENTA INC., ET AL.,                     :
                                        :
                     Defendants.        :
-------------------------------------------------------x
FRED DEN,                               :   CIVIL ACTION NO.
                                        :   2:04-CV-2201
                     Plaintiff,         :
                                        :
         v.                             :
                                        :
GENTA INC., ET AL.,                     :
                                        :
                     Defendants.        :
-------------------------------------------------------x
RICHARD JACOBS,                         :   CIVIL ACTION NO.
                                        :   2:04-CV-2231
                     Plaintiff,         :
                                        :
         v.                             :
                                        :
GENTA INC., ET AL.,                     :
                                        :
                     Defendants.        :
-------------------------------------------------------x
```

```
------------------------------------------------------x
BERNARD SAGGAU,                              :    CIVIL ACTION NO.
                                             :    2:04-CV-2232
                    Plaintiff,               :
                                             :
            v.                               :
                                             :
GENTA INC., ET AL.,                          :
                                             :
                    Defendants.              :
------------------------------------------------------x
BONNIE ROST,                                 :    CIVIL ACTION NO.
                                             :    2:04-CV-2245
                    Plaintiff,               :
                                             :
            v.                               :
                                             :
GENTA INC., ET AL.,                          :
                                             :
                    Defendants.              :
------------------------------------------------------x
ABRAHAM MEISNER,                             :    CIVIL ACTION NO.
                                             :    2:04-CV-2246
                    Plaintiff,               :
                                             :
            v.                               :
                                             :
GENTA INC., ET AL.,                          :
                                             :
                    Defendants.              :
------------------------------------------------------x
MILTON PFEIFFER,                             :    CIVIL ACTION NO.
                                             :    2:04-CV-2314
                    Plaintiff,               :
                                             :
            v.                               :
                                             :
GENTA INC., ET AL.,                          :
                                             :
                    Defendants.              :
------------------------------------------------------x
```

```
---------------------------------------------------------------x
ANGELICA L. FURLA,                          :    CIVIL ACTION NO.
                                            :    2:04-CV-2392
                         Plaintiff,         :
                                            :
              v.                            :
                                            :
GENTA INC., ET AL.,                         :
                                            :
                         Defendants.        :
---------------------------------------------------------------x
JOHN F. ELLIOT,                             :    CIVIL ACTION NO.
                                            :    2:04-CV-2466
                         Plaintiff,         :
                                            :
              v.                            :
                                            :
GENTA INC., ET AL.,                         :
                                            :
                         Defendants.        :
---------------------------------------------------------------x
BARRY GERARD,                               :    CIVIL ACTION NO.
                                            :    2:04-CV-2471
                         Plaintiff,         :
                                            :
              v.                            :
                                            :
GENTA INC., ET AL.,                         :
                                            :
                         Defendants.        :
---------------------------------------------------------------x
JOHN F. ELLIOT,                             :    CIVIL ACTION NO.
                                            :    2:04-CV-2498
                         Plaintiff,         :
                                            :
              v.                            :
                                            :
GENTA INC., ET AL.,                         :
                                            :
                         Defendants.        :
---------------------------------------------------------------x
```

```
-----------------------------------------------------------x
DAVID GREENBERG,                       :    CIVIL ACTION NO.
                                       :    2:04-CV-2576
                    Plaintiff,         :
                                       :
              v.                       :
                                       :
GENTA INC., ET AL.,                    :
                                       :
                    Defendants.        :
-----------------------------------------------------------x
CASEY M. MCGUANE,                      :    CIVIL ACTION NO.
                                       :    2:04-CV-2581
                    Plaintiff,         :
                                       :
              v.                       :
                                       :
GENTA INC., ET AL.,                    :
                                       :
                    Defendants.        :
-----------------------------------------------------------x
HAROLD FULLEN,                         :    CIVIL ACTION NO.
                                       :    2:04-CV-2664
                    Plaintiff,         :
                                       :
              v.                       :
                                       :
GENTA INC., ET AL.,                    :
                                       :
                    Defendants.        :
-----------------------------------------------------------x
CORY HECHLER,                          :    CIVIL ACTION NO.
                                       :    2:04-CV-2665
                    Plaintiff,         :
                                       :
              v.                       :
                                       :
GENTA INC., ET AL.,                    :
                                       :
                    Defendants.        :
-----------------------------------------------------------x
```

```
-------------------------------------------------------x
WILLIAM T. DEANE,                            :    CIVIL ACTION NO.
                                             :    2:04-CV-2876
                          Plaintiff,         :
                                             :
              v.                             :
                                             :
GENTA INC., ET AL.,                          :
                                             :
                          Defendants.        :
-------------------------------------------------------x
ARTHUR SIEGAL,                               :    CIVIL ACTION NO.
                                             :    2:04-CV-2908
                          Plaintiff,         :
                                             :
              v.                             :
                                             :
GENTA INC., ET AL.,                          :
                                             :
                          Defendants.        :
-------------------------------------------------------x
JOHN T. JACOBUS,                             :    CIVIL ACTION NO.
                                             :    2:04-CV-2936
                          Plaintiff,         :
                                             :
              v.                             :
                                             :
GENTA INC., ET AL.,                          :
                                             :
                          Defendants.        :
-------------------------------------------------------x
```

## MOTION BY BIODUN JAIYESIMI, ARK CAPITAL MANAGEMENT, LLC, JAY AND DEBORAH WASSERMAN, AND JANAK JETHMALANI FOR CONSOLIDATION, FOR THEIR APPOINTMENT AS LEAD PLAINTIFFS AND FOR APPROVAL OF LEAD PLAINTIFFS' SELECTION OF LEAD COUNSEL

Please take notice that, on a date to be fixed by the court, Biodun Jaiyesimi, Ark Capital Management, LLC, Jay and Deborah Wasserman, and Janak Jethmalani ("Movants") will move this Court under Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for their appointment to serve as Lead Plaintiffs in this securities fraud class action under Section 21D(a)(3)(B)(v), and for the approval of their choice of Berger & Montague, P.C. and Vianale & Vianale LLP as Plaintiffs' Co-Lead Counsel and Cohn Lifland Pearlman Herrmann & Knopf LLP as Plaintiffs' Liaison Counsel. Movants also seek to have each of these actions consolidated under Rule 42(a) of the Federal Rules of Civil Procedure. In support thereof, Movants, through their counsel, state as follows:

1. Consolidation of all of the above-captioned actions, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, is appropriate because each of these cases arises out of the same operative facts and asserts similar claims for violations of Sections 10(b) and 20(a) of the Exchange Act and Rule 10b-5 promulgated thereunder, against Genta Inc. ("Genta") and certain of its officers and/or directors.

2. Movants, as the Proposed Lead Plaintiffs, have timely filed their motion and, pursuant to the PSLRA, are believed to constitute the investors with the largest financial interest in the outcome of the case. The Proposed Lead Plaintiffs meet the requirements of the PSLRA and Rule 23 of the Federal Rules of Civil Procedure in that their claims are typical of the claims of the class,

Genta-LdPlMot.wpd                                   1

and they will fairly and adequately represent the interests of the class. The Proposed Lead Plaintiffs' choice of counsel should be accepted by this Court because their selected counsel are nationally recognized firms with extensive experience and expertise in securities fraud and other class actions.

3. In further support of their motion, Movants rely on the accompanying Memorandum of Law and the Declaration of Barbara A. Podell filed herewith.

Dated: July 5, 2004

**COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**

By: _____
Peter S. Pearlman (PP8416)
Park 80 Plaza West-One
Saddle Brook, NJ 07663
Tel. (201) 845-9600

**Plaintiffs' Proposed Liaison Counsel**

**BERGER & MONTAGUE, P.C.**
Sherrie R. Savett
Carole A. Broderick
Barbara A. Podell
1622 Locust Street
Philadelphia, PA 19103
Tel. (215) 875-3000

**VIANALE & VIANALE LLP**
Kenneth J. Vianale
The Plaza Suite 801
5355 Town Center Road
Boca Raton, FL 33486
Tel. (561) 391-4900

**Plaintiffs' Proposed Lead Counsel**